IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:15-cv-254-DSC

| | |
|---|---|
| YELLOWSTONE CAPITAL, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>UNITED SPIRIT, INC. d/b/a INTERNATIONAL SPORTS CENTER, ISC GYMNASTICS AND CHEERLEADING, LLC d/b/a INTERNATIONAL SPORTS CENTER, CHEERSPORT, CORP., VARSITY SPIRIT, LLC, JEFFREY L. FOLKES a/k/a JEFFREY L. FOWLKES, KEVIN T. BRUBAKER, JENNIFER BRUBAKER, JULIA E. O'BRIEN, and CHARLES D. NICHOLS,<br><br>           Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' letter docketed as a Motion (document #99) requesting extension of discovery deadlines until after mediation which is presently scheduled for June 3, 2016.

For the reasons stated therein, the Motion is <u>granted</u>. Within ten days of completion of mediation but no later than July 1, 2016, the parties shall advise the Court of the status of the case and unless the case is settled as to all issues, propose new proposed pretrial deadlines.

**SO ORDERED**.

Signed: May 3, 2016

_____
David S. Cayer
United States Magistrate Judge