EXHIBIT A

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| YELLOWSTONE CAPITAL, LLC,<br><br>Plaintiff,<br><br>-against-<br><br>UNITED SPIRIT, INC. d/b/a INTERNATIONAL SPORTS CENTER, ISC GYMNASTICS AND CHEERLEADING, LLC d/b/a INTERNATIONAL SPORTS CENTER, CHEERSPORT CORP., VARSITY SPIRIT, LLC, JEFFREY L. FOLKES a/k/a JEFFREY L. FOWLKES, KEVIN T. BRUBAKER, JENNIFER BRUBAKER, JULIA E. O'BRIEN, and CHARLES D. NICHOLS,<br><br>Defendants. | Civil Action No. 3:15-cv-254 () (MOC) (DSC) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the parties, by and through their respective legal counsel, and, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal with prejudice of all claims asserted by the plaintiff, YELLOWSTONE CAPITAL, LLC, against defendants ISC GYMNASTICS AND CHEERLEADING, LLC d/b/a INTERNATIONAL SPORTS CENTER, CHEERSPORT CORP., VARSITY SPIRIT, LLC, KEVIN T. BRUBAKER, JENNIFER BRUBAKER, and JULIA E. O'BRIEN. Each party to bear its own costs and attorneys' fees.

1

Respectfully submitted,

**LAW OFFICES OF GABRIEL MENDELBERG, P.C.**
By: s/Gabriel Mendelberg (#7482)
Pro Hac Vice Admission
gabe@mendelberglaw.com
75 Maiden Lane, Suite 603
New York, New York 10038
(212) 965-9800
  *Counsel for Plaintiff Yellowstone Capital, LLC*

**CLEMENTS BERNARD, PLLC**
By: s/ Seth L. Hudson
Seth L. Hudson
N.C. State Bar No. 32259
shudson@worldpatents.com
1901 Roxborough Road, Suite 250
Charlotte, NC 28211
(704) 790-3600 (telephone)
  *Local Counsel for Plaintiff*

**LINCOLN DERR PLLC**
By: s/Beth A. Stanfield
Beth A. Stanfield
N.C. State Bar # 36296
Beth.Stanfield@lincolnderr.com
4350 Congress Street, Suite 575
Charlotte, North Carolina 28209
(704) 496-4500
  *Counsel for Defendants*
  *ISC Gymnastics, K. Brubaker, J. Brubaker, and J. O'Brien*
  *Local Counsel for Defendants Cheersport Corp. and Varsity Spirit LLC*

**BAKER DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**
By: s/Nicholas L. Vescovo
Pro Hac Vice Admission
nvescovo@bakerdonelson.com
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
901.577.8103
  *Counsel for Defendants*
  *Cheersport Corp. and Varsity Spirit, LLC*